IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 16-05008-01-CR-SW-RK |
| RANDY JOE BECKETT, ) | |
| Defendant. ) | |

## ORDER

On August 22, 2016, Defendant appeared before United States Magistrate Judge David P. Rush and entered a plea of guilty to Counts One, Five, Six and Ten of the Indictment filed on March 29, 2016 (doc. 1). On September 12, 2016, Judge Rush issued his Report and Recommendation (doc. 32)[1].

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 12, 2016

---

[1] The Report and Recommendation (doc. 30) was entered August 22, 2016. Objections were to be filed by September 9, 2016. No objections were filed. The Amended Report and Recommendation (doc. 32) was amended to correct the date of the Indictment only.